THE HONORABLE RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED

DEC 27 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE PARRISH,

    Plaintiff,

v.

BOYNE USA, INC.,

    Defendant.

Case No. 3:16-cv-05260-RBL

**STIPULATION OF DISMISSAL**

Plaintiff, KYLE PARRISH, and Defendant, BOYNE USA, INC., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby stipulate that:

    1.    This action shall be DISMISSED, with prejudice; and

    2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

STIPULATION OF DISMISSAL – 1
No. 3:16-cv-05260-RBL

1  DATED: December 26, 2016

3  Respectfully submitted,

6  By: /s/ *Deborah M. Nelson*
   Deborah M. Nelson
7  SBN: 23087
   nelson@nelsonboydlaw.com
8  Nelson Boyd, PLLC
   411 University St #1200
9  Seattle, WA 98101
   Phone: 206-971-7601

10
   Jeffrey D. Boyd
11 SBN: 41620
   boyd@nelsonboydlaw.com
12 Nelson Boyd, PLLC
   411 University St #1200
13 Seattle, WA 98101
   Phone: 206-971-7601

14
   Attorneys for Plaintiff

By: /s/ *Brian Augenthaler*
Ruth Nielsen
Brian Augenthaler
Richard Jolley
Keating, Bucklin & McCormack
800 5th Avenue, Ste. 4141
Seattle, WA 98104
Phone: 206-623-8861

Attorneys for Defendant

IT IS SO ORDERED THIS 27 DAY OF December, 2016

UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL – 2
No. 3:16-cv-05260-RBL